UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS LEVERN PENNY,<br><br>    Plaintiff,<br><br>    v.<br><br>GREGORY J. AHERN,<br><br>    Defendant. | Case No. 19-cv-06307-EMC<br><br>**ORDER OF DISMISSAL** |

On March 16, 2020, mail was sent from the Court to Plaintiff at the address he provided to the Court and was returned undelivered on April 6, 2020, bearing a stamp that stated "return to sender - inmate name and PFN not a match – return to sender." Docket No. 9. The mail was resent to Plaintiff on April 7 using a new prisoner number he had provided in February, but he has not responded to that mail either (i.e., an order of dismissal with leave to amend). Plaintiff has not provided a more recent address than the address to which the undeliverable mail was sent. More than sixty days have passed since the mail was returned to the Court undelivered. Plaintiff has failed to comply with Local Rule 3-11(a) which requires a party proceeding *pro se* to "promptly file with the Court and serve upon all opposing parties a Notice of Change of Address specifying the new address" when his address changes. Local Rule 3-11(b) allows the Court to dismiss a complaint without prejudice when mail directed to a *pro se* party is returned as not deliverable and the *pro se* party fails to send written notice of his current address within sixty days of the return of the undelivered mail. This action is DISMISSED without prejudice because Plaintiff failed to

keep the Court informed of his address in compliance with Local Rule 3-11(a).

The clerk shall close the file.

**IT IS SO ORDERED**.

Dated: July 8, 2020

_____
EDWARD M. CHEN
United States District Judge